**Sonya Diane Sukowski, Plaintiff-Appellee, v. Ernest John Sukowski, Defendant-Appellant.**

**Gen. No. 49,053.**

First District, Second Division.

January 7, 1964.

Opinion modified March 10, 1964.

Barrett, Campbell & Silvestri, of Chicago (R. Douglas Campbell and Joseph N. DuCanto, of counsel), for appellant; Henry W. Kenoe and Raphael Fine, of Chicago, for appellee. Opinion by JUSTICE BRYANT. Not to be published in full.